**Kennard TERRY, Defendant Below–Appellant,**

v.

**STATE of Delaware, Plaintiff Below–Appellee.**

**Consol. Nos. 521, 2016 and 543, 2016**

Supreme Court of Delaware.

Submitted: July 6, 2017

Decided: August 4, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1507014451

AFFIRMED.

**Scott PRICE, Respondent Below, Appellant,**

v.

**DEPARTMENT OF SERVICES FOR CHILDREN, YOUTH, AND THEIR FAMILIES, Petitioner Below, Appellee.**

**No. 576, 2016**

Supreme Court of Delaware.

Submitted: August 16, 2017

Decided: August 16, 2017

Court Below: Superior Court of the State of Delaware, C.A. No. CN15–06099

AFFIRMED.

**Gregory E. LIGON, Jr., Defendant Below, Appellant,**

v.

**STATE of Delaware, Plaintiff Below, Appellee.**

**No. 64, 2017**

Supreme Court of Delaware.

Submitted: August 16, 2017

Decided: August 16, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1510016086 (K)

AFFIRMED.

**Artezz FINNEY, Defendant Below–Appellant,**

v.

**STATE of Delaware, Plaintiff Below–Appellee.**

**No. 283, 2017**

Supreme Court of Delaware.

Submitted: August 15, 2017

Decided: August 16, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID 1203004011 (N)

DISMISSED.